Amanda Seabock (SBN 289900)
Chris Carson (SBN 280048)
Dennis J. Price (SBN 279082)
8033 Linda Vista Road
Suite 200
San Diego, CA 92111
Telephone:   (858) 375-7385
Fax:              (888) 422-5191
AmandaS@potterhandy.com

Attorneys for Plaintiff

William G. Miossi (*pro hac vice*)
WMiossi@winston.com
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Telephone:   (202) 282-5000
Fax:              (202) 282-5100

Leo F. Delgado (SBN 293738)
LDelgado@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   (415) 591-1000
Fax:              (415) 591-1400

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **William Schroeder**, | Case No. 2:19-cv-02294-KJM-DMC |
| Plaintiff, | **JOINT STATEMENT** |
| v. | |
| **The Hertz Corporation**, and Does 1-10, Inclusive, | |
| Defendants. | |

Per the Court's April 6, 2020, Order (Dkt. 10), the parties have reached out to the Court's VDRP program for assignment to a mediator.

Dated: May 21, 2020          Center for Disability Access

                             By:  */s/ Amanda Seabock*
                                  Amanda Seabock
                                  Attorneys for Plaintiff

Dated: May 21, 2020          WINSTON & STRAWN LLP

                             By:  */s/*
                                  Leo F. Delgado
                                  Attorneys for Defendant

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 21, 2020          Center for Disability Access

                             By:  */s/ Amanda Seabock*
                                  Amanda Seabock
                                  Attorneys for Plaintiff