CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

William G. Miossi (pro hac vice)
WMiossi@winston.com
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Telephone:  (202) 282-5000
Fax:            (202) 282-5100

Leo F. Delgado (SBN 293738)
LDelgado@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA  94111
Telephone:  (415) 591-1000
Fax:            (415) 591-1400

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **William Schroeder**, <br><br> Plaintiff, <br><br> v. <br><br> **The Hertz Corporation**, and Does 1-10, Inclusive, <br><br> Defendants. | Case: 2:19-cv-02294-KJM-DMC <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto this matter may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 10, 2020        CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff

Dated: June 10, 2020        WINSTON & STRAWN LLP

By:   /s/ Leo F. Delgado
      Leo F. Delgado
      Attorneys for Defendant
      The Hertz Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Leo F. Delgado, counsel for The Hertz Corporation, respectively, and that I have obtained Mr. Delgado's authorization to affix his electronic signature to this document.

Dated: June 10, 2020         CENTER FOR DISABILITY ACCESS

                              By:   /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff